UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SEAY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

                                 /

Case No. 11-cv-10589

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION** (docket no. 16)**, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** (docket no. 15)

      This matter is before the Court on review of the Commissioner of Social Security's decision denying Plaintiff Michael Seay's application for Supplemental Security Income (SSI) under the Social Security Act. The Court referred the matter to a magistrate judge for issuance of a Report and Recommendation. The magistrate judge recommends dismissing Plaintiff's complaint because Plaintiff has failed to prosecute his case. *See* Report & Recommendation, ECF No. 16.  Specifically, he failed to respond to an order to show cause, failed to file a motion for summary judgment, and failed to file a response to Defendant's motion for summary judgment. *Id.* Alternatively, the magistrate recommends granting Defendant's motion for summary judgment and affirming the findings of the Commissioner.

      A copy of the Report and Recommendation was served upon the parties on February 21, 2012. Pursuant to Civil Rule 72(b)(2), each party had fourteen days from that date in which to file any specific written objections to the recommended disposition. Neither party has filed any objections, therefore de novo review of the magistrate judge's finding is not

required. *See* Fed. R. Civ. P. 72(b)(3) (requiring de novo review by a district judge only for "any part of the magistrate judge's disposition that has been properly objected to").

Having reviewed the file and the Report and Recommendation, the Court finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions, and will enter an appropriate judgment.

**WHEREFORE** it is hereby **ORDERED** that the Report and Recommendation of February 21, 2012, (docket no. 16) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (docket no. 15) is **GRANTED**.

**SO ORDERED**.

                                      s/Stephen J. Murphy, III
                                      STEPHEN J. MURPHY, III
                                      United States District Judge

Dated: March 26, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 26, 2012, by electronic and/or ordinary mail.

                                      Carol Cohron
                                      Case Manager